UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS J. MEANS,<br><br>    Defendant. | NO.  CR24-0186-7 JHC<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CORRECT ERRORS IN PLEA AGREEMENT |

THIS COURT FINDS, the facts and argument are as stated in the defendant's unopposed motion to correct errors in his plea agreement, Dkt. # 293, and are hereby incorporated.

The Court DIRECTS the Clerk to replace the plea agreement at Dkt. # 182 with the revised Plea Agreement contained in Exhibit 1 to Defendant's unopposed motion to correct errors in his plea agreement (Dkt. #  293).

DONE this 21st day of November, 2025.

_____
John H. Chun
United States District Judge